# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SIDDIQUE ABDULLAH HASAN,
  fka Carlos Sanders

        Petitioner,        :        Case No. 1:03-cv-288

                              :        Chief Judge Susan J. Dlott
     -vs-                                Magistrate Judge Michael R. Merz

TODD ISHEE, Warden,

                              :

        Respondent.

## NOTICE TO COUNSEL

The Magistrate Judge has confirmed with Chief Judge Dlott that the discovery permitted to Petitioner on November 17, 2011, will be managed, to the extent necessary, by the Magistrate Judge in that it is a non-dispositive pretrial matter covered by the Order of Reference applicable to this case.

November 18, 2011.

                                                    s/ **Michael R. Merz**
                                                  United States Magistrate Judge