# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

SIDDIQUE ABDULLA HASAN,
 Formerly known as Carlos Sanders,

                Petitioner,      :      Case No. 1:03-cv-288

      - vs -                           District Judge Susan J. Dlott
                                          Magistrate Judge Michael R. Merz

TODD ISHEE, Warden

                                   :

                Respondent.

## ORDER FOR ADDITIONAL BRIEFING

This capital habeas corpus case is before the Court on Petitioner's Objections (ECF No. 222) to the Magistrate Judge's Decision and Order of May 20, 2019 ("Decision," ECF No. 216) which denied Petitioner's Motion to Amend Claim Thirty-One of his habeas corpus petition (ECF No. 210). Respondent has filed a Response to the Objections (ECF No. 223) and Petitioner has filed a reply (ECF No. 224). Judge Dlott has now recommitted the matter for reconsideration by the Magistrate Judge, particularly in light of *White v. Warden, Ross Corr. Inst.*, ___ F.3d ___, 2019 U.S. App. LEXIS 30 161 (6th Cir. Oct. 8, 2019).

The parties are invited to brief the applicability of White by filing memoranda on the point not later than November 1, 2019.

October 15, 2019.

                                                                    s/ *Michael R. Merz*
                                                              United States Magistrate Judge