# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

SIDDIQUE ABDULLAH HASAN,
 Formerly known as Carlos Sanders,

        Petitioner,    :    Case No. 1:03-cv-288

  - vs -        District Judge Susan J. Dlott
        Magistrate Judge Michael R. Merz

TODD ISHEE, Warden

        :

        Respondent.

## ORDER APPROVING PROPOSED SCHEDULE WITH ADDITIONS

This capital habeas corpus case is before the Court on the Joint Motion to Approve Proposed Schedule (ECF No. 275) submitted by Petitioner's counsel with the approval of Respondent's counsel on September 29, 2021 (ECF No. 273).

The Proposed Schedule is approved with the following additions:

1. The length of the evidentiary hearing may be adjusted depending on the number of witnesses to be called.

2. The parties report that they have exchanged preliminary witness lists (ECF No. 275, PageID 10636). To help the Court prepare for the evidentiary hearing, the parties shall file those lists with the Court forthwith. The Warden shall likewise file the Warden's preliminary list of rebuttal witnesses, due to be exchanged with Petitioner's counsel October 30, 2021.

3. The Proposed Schedule provides a deadline for completing discovery of January 31, 2022. Because this is an action under 28 U.S.C. § 2254, discovery is permitted only for good cause shown. To the extent that discovery is not agreed to by opposing counsel, the party seeking

discovery must move for leave.

4. To the extent witnesses are deposed, the depositions shall be transcribed and filed.

5. Reports of expert witnesses shall also be filed promptly after exchanged.

November 1, 2021.

s/ *Michael R. Merz*<br>United States Magistrate Judge