# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

SIDDIQUE ABDULLAH HASAN,
 Formerly known as Carlos Sanders,

        Petitioner,    :    Case No. 1:03-cv-288

  - vs -                      District Judge Susan J. Dlott
                                 Magistrate Judge Michael R. Merz

TODD ISHEE, Warden

                                 :

        Respondent.

## ORDER

This capital habeas corpus case is before the Court on Petitioner's Motion to Amend His Habeas Petition. (ECF No. 309). Petitioner contends that since his habeas petition was filed, he received items of evidence from various sources that pertain to and relate back to Claims Ten, Eleven and Seventeen.  Petitioner seeks to amend his habeas petition to add allegations regarding these items of evidence. Petitioner has attached an Appendix to his Motion (ECF No. 309-3), which includes a list of thirty documents. Upon initial review of Petitioner's pleadings, the Court is unable to make a ruling without additional information.

Accordingly,

Petitioner shall, not later than November 2, 2023, supplement his motion to amend by clearly identifying which documents in the Appendix (ECF No. 309-3) have never been presented to the Court for review and for which Petitioner is now seeking consideration: For each such document, Petitioner shall:

1

1. Identify by date, name, and the Court's electronic case filing document and page identifier (Ex: ECF No. 9, PageID 999);

2. Specifically inform the Court to which Claim in the original petition the document relates back;

3. Identify the source of the document and the date the document was received by Petitioner; and

4. Identify whether the document was ever presented to the state courts for review during direct appeal, postconviction, or other collateral review. If so, Petitioner shall cite the document's location in the record prior to the filing of this Motion.

The deadline for Respondent to file a response to Petitioner's Motion to Amend (ECF No. 309) and Motion to Stay (ECF No. 310) is hereby extended to **December 4, 2023.**

October 19, 2023.

s/ *Michael R. Merz*
United States Magistrate Judge
